UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARK THOMPSON, | ) | Case No.: 2:05-cv-1543-RLH-GWF |
| Plaintiff, | ) ) ) | **O R D E R** |
| vs. | ) ) | (Objection to Report and Recommendation–#23) |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

    Before this Court is the Report and Recommendation of United States Magistrate Judge George Foley, Jr., (#22) entered January 5, 2007. Plaintiff filed an objection (#23) to Magistrate Judge Foley's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court. Defendant has filed no Opposition.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Foley should be affirmed and adopted.

    IT IS THEREFORE ORDERED that the Magistrate Judges Report and Recommendation (#22), entered January 5, 2007 is AFFIRMED and ADOPTED,   Plaintiff's

1

AO 72
(Rev. 8/82)

1  Motion for Reversal and/or Remand (#13) is DENIED, and benefits shall be awarded to Plaintiff
2  in conjunction with the ALJ decision dated March 22, 2004.
3          The Clerk is ordered to enter judgment and close the case.

5          Dated: March 12, 2007.

                         _____
                         **ROGER L. HUNT**
                         **Chief United States District Judge**

AO 72
(Rev. 8/82)

2